# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERIN CAVALIER,<br>*Plaintiff,*<br><br>v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA,<br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 1:16-CV-02009-RDM |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Defendant The Catholic University of America, by its undersigned attorneys, and pursuant to the Fed. R. Civ. P. 30, will take the deposition upon oral examination of **LAURA DUNN** beginning on **August 23, 2019**, at **10:00 a.m.** The deposition will occur at the law offices of Saul Ewing Arnstein & Lehr LLP, 1919 Pennsylvania Ave., NW, Suite 550, Washington, D.C. 20006.

The deposition will be taken before an officer duly authorized to administer oaths, will be recorded by stenographic and videographic means, and will continue day to day until completed.

Date: July 19, 2019

Respectfully submitted,

*/s/ Aaron J. Kornblith*

William D. Nussbaum (DC Bar No. 941815)
Aaron J. Kornblith (DC Bar No. 1024077)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Ave., NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6652
Fax: (202) 295-6715
william.nussbaum@saul.com
aj.kornblith@saul.com
*Counsel for Defendant*
*The Catholic University of America*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of July, 2019, a true and correct copy of the foregoing **NOTICE OF DEPOSITION** was served via email on the following:

Kobie Flowers
Brown, Goldstein & Levy, LLP
1717 K Street, NW, Suite 900
Washington, D.C. 20006
kflowers@browngold.com

Anisha S. Queen
Brown Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
aqueen@browngold.com

*Counsel for Plaintiff Erin Cavalier*

*/s/ Aaron J. Kornblith*
Aaron J. Kornblith