# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ERIN CAVALIER,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 16-2009 (RDM)** |
| **THE CATHOLIC UNIVERSITY OF AMERICA,** | * | |
| | * | |
| **Defendant.** | | |

******

**NOTICE TO TAKE DEPOSITION**

Please take notice that Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 30(a)(1), will take the deposition of Howard I. Kallem, on August 14, 2019, at the offices of Brown, Goldstein & Levy, LLP, 1717 K Street, NW, Suite 900, Washington, DC 20006, commencing at 10:00 a.m. and continuing thereafter until the deposition is completed.

The deposition will be taken on oral examination, under oath, and, pursuant to Fed. R. Civ. P. 30(b)(3), will be recorded by videotape as well as stenographically and may be used at trial.

Respectfully submitted,

/s/

Kobie Flowers, Bar No. 991403
Brown Goldstein & Levy, LLP
1717 K Street, NW, Suite 900
Washington, D.C. 20006
Tel: (202) 742-5969
Fax: (202) 742-5948
kflowers@browngold.com

Anisha S. Queen, Bar No. 1029963
Brooke E. Lierman (*pro hac vice*)
Abigail Graber (*pro hac vice*)
Brown Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
aqueen@browngold.com
blierman@browngold.com
agraber@browngold.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2019, a copy of the foregoing was served upon Counsel for Defendant by Electronic Mail.

William D. Nussbaum
Aaron J. Kornblith
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
P: (202) 295-6619/F: (202) 295-6707
william.nussbaum@saul.com
aj.kornblith@saul.com

__________/s/_______________
Anisha Queen