# EXHIBIT C

## Nira Pughsley

**From:** Kobie Flowers
**Sent:** Sunday, August 18, 2019 11:11 PM
**To:** Nussbaum, William D.
**Cc:** Kornblith, A.J.; Anisha Queen
**Subject:** RE: Cavalier

Bill:

Unfortunately, I could not respond earlier to your August 15 email because of some IT issues with my firm's network.

As I indicated last Wednesday, we are not amenable to extending the current August 23 deadline. We will oppose any motion for an extension of discovery. We will state our position regarding the extension of discovery in the August 23 status report and in opposition to any motion for an extension of discovery you may file.

We are also not amenable to altering the current summary judgment briefing schedule. It is my understanding that A.J. and Anisha, when discussing extensions to the discovery schedule, made every effort to ensure that any such extensions did not alter the summary judgment briefing schedule. Your proposal that we depose Mr. Kallem the first week of September or later in September once you return from vacation would extend summary judgment briefing at least a month. Moreover, we are not available September 4, 5, or 6. We do not agree to modifying a briefing schedule that has been in place since December 2018, when Judge Moss issued his December 17, 2018 minute order.

[redacted] FRE 408 Settlement Discussions

Thank you,

**Kobie Flowers**

**BROWN GOLDSTEIN LEVY**
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel.: 202.742.5969
Cell: 202.875.0481
Fax: 202.742.5948
Email: kflowers@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** Nussbaum, William D. <William.Nussbaum@saul.com>
**Sent:** Thursday, August 15, 2019 11:20 AM
**To:** Kobie Flowers <KFlowers@browngold.com>
**Cc:** Kornblith, A.J. <aj.kornblith@saul.com>; Anisha Queen <aqueen@browngold.com>
**Subject:** RE: Cavalier

**SECURITY ALERT:** This email is from an external source.

Kobie:

On your representation that you will produce Ms. Dunn on August 23 as scheduled, I asked Mr. Kallem when is the soonest he will be available, and I inquired specifically about September 4, 5, or 6, the earliest dates on which my client and I are also available. He responded that he expects to know next Monday whether any or all three of those September dates are good for him, and I will get back to you as soon as he gets back to me. If none of those dates work for you, please let me know now so we can refocus on other dates. I will be out of the country on vacation from September 8-21, so it would be good if we could complete Mr. Kallem's deposition before I leave.

I propose that we jointly file a status report on August 23 advising the Court that for unanticipated personal reasons, we have had to reschedule Mr. Kallem's deposition for September. I do not think Judge Moss will have a problem with that, and I am not sure we need to formally request an extension in order to accomplish it. If a formal extension is necessary, I do not understand why you say you would oppose it, since it would facilitate the taking of a deposition you want to take.

We can also propose in the status report a briefing schedule for summary judgment.

[redacted] FRE 408 Settlement Discussions

SAUL EWING ARNSTEIN & LEHR LLP

**William D. Nussbaum**
1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434
Tel: 202.295.6652 | Fax: 202.295.6715
William.Nussbaum@saul.com | www.saul.com

**From:** Kobie Flowers [mailto:KFlowers@browngold.com]
**Sent:** Wednesday, August 14, 2019 2:35 PM
**To:** Nussbaum, William D.
**Cc:** Kornblith, A.J.; Anisha Queen
**Subject:** RE: Cavalier

We have no problem with defending Ms. Dunn's deposition on August 23 as scheduled.

We will oppose any motion for an extension of discovery. Please let us know when you intend to file that motion. Thank you.

**Kobie Flowers**

**BROWN GOLDSTEIN LEVY**
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel.: 202.742.5969
Cell: 202.875.0481
Fax: 202.742.5948
Email: kflowers@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

---

**From:** Nussbaum, William D. <William.Nussbaum@saul.com>
**Sent:** Tuesday, August 13, 2019 4:47 PM
**To:** Kobie Flowers <KFlowers@browngold.com>
**Cc:** Kornblith, A.J. <aj.kornblith@saul.com>; Anisha Queen <aqueen@browngold.com>
**Subject:** RE: Cavalier

**SECURITY ALERT:** This email is from an external source.

Some time ago, when we were discussing dates for his deposition, Mr. Kallem told us he would be gone the week of August 19, which I told you earlier today. That means he is not available on August 21 or 22 (or 23), and I am not about to ask him to change his vacation plans. Nor can we do this on August 15. So if you will not agree to produce Dunn on August 23 as scheduled and to work with me to find a date after that for Kallem's deposition and to file a joint motion to extend the deadline for that purpose, than we have no choice but to involve Judge Moss, to whom you can explain why you believe you are entitled to take Kallem's deposition before we take Dunn's and why on that basis you are prepared not to produce her on August 23 despite the fact that she and the lawyers are available.

You will not see Mr. Kallem or me tomorrow. But you already know that.

SAUL EWING ARNSTEIN & LEHR LLP

**William D. Nussbaum**
1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434
Tel: 202.295.6652 | Fax: 202.295.6715
William.Nussbaum@saul.com | www.saul.com

---

**From:** Kobie Flowers [mailto:KFlowers@browngold.com]
**Sent:** Tuesday, August 13, 2019 4:07 PM
**To:** Nussbaum, William D.
**Cc:** Kornblith, A.J.; Anisha Queen
**Subject:** RE: Cavalier

****EXTERNAL EMAIL** - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Bill:

Thank you for finally calling me back this morning after both my Monday e-mail and my follow-up phone call this a.m. on my way to court.

During the first time I actually spoke with you today via telephone and with Anisha Queen, you represented that, as of Monday, August 12, there are unspecified, personal issues that prevent you from attending Howard Kallem's expert deposition tomorrow August 14. Based on this representation, we are willing to reschedule Mr. Kallem's deposition and maintain the current date for Laura Dunn's expert deposition (August 23). Originally, we indicated that we were only available on August 23 next week and therefore would need to extend the discovery schedule to accommodate your request to postpone Mr. Kallem's deposition. However, after our conversation this morning, we were able to rework our schedules and are now available on August 21 and 22 of next week to take Mr. Kallem's deposition. We are also available this Thursday, August 15. You indicated that Mr. Kallem is not available next week. But, you gave us no reason as to why he is unavailable. In light of us changing our schedule to accommodate you at the last minute, perhaps Mr. Kallem can change his schedule. With summary judgment briefing deadlines quickly approaching and given the protracted time it has taken to litigate this very important case, we do not find it prudent to again extend the expert discovery deadline (a deadline that both parties agreed to).

As you know, we attempted to call Judge Moss's chambers and courtroom deputy clerk twice today in light of your sudden need to change tomorrow's scheduled expert deposition. We remain willing to communicate our position on these scheduling issues to Judge Moss. To avoid needlessly bothering the Court, however, we believe it best to work out a date for Mr. Kallem's deposition ourselves. *Please let us know if Mr. Kallem is available on any of the dates listed above by 4:45 p.m. today, so that Erin Cavalier does not need to incur the cost of paying for a court reporter.* If Mr. Kallem is not available on those dates, then we expect to see him tomorrow since you and I cannot agree on a new date, Mr. Kallem has received notice of tomorrow's date, and you agreed to that date weeks ago.

Thank you,

**Kobie Flowers**

**BROWN GOLDSTEIN LEVY**
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel.: 202.742.5969
Cell: 202.875.0481
Fax: 202.742.5948
Email: kflowers@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** Kobie Flowers
**Sent:** Monday, August 12, 2019 3:19 PM
**To:** Nussbaum, William D. <William.Nussbaum@saul.com>
**Cc:** Kornblith, A.J. <aj.kornblith@saul.com>; Anisha Queen <aqueen@browngold.com>
**Subject:** RE: Cavalier

Bill:

In your email, you write that because "[s]omething has come up" and A.J. is on vacation, you need to reschedule Howard Kallem's deposition. It is my understanding that Anisha and A.J. agreed on the August 14 date to take Mr. Kallem's deposition over three weeks ago, on July 19. It is also my understanding that we have known – and therefore you should have known – about A.J.'s vacation plans for over three weeks. I do not believe the information provided in your email sufficiently justifies rescheduling a deposition that was scheduled weeks ago.

However, we will agree to reschedule Mr. Kallem's deposition on the condition that, consistent with our current schedule, Mr. Kallem is deposed prior to Ms. Dunn. The only date we have available next week is August 23, the date currently scheduled for Ms. Dunn's deposition. We propose re-scheduling Mr. Kallem's deposition for August 23 and re-scheduling Ms. Dunn's for some time the following week. If our proposal works for you, we will reach out to Ms. Dunn to check her availability during the week of August 26. Once we confirm Ms. Dunn's availability, we will let know, so that you can file a Motion with the Court requesting a change to the current deposition schedule and the August 23, 2019 status report.

Best,

**Kobie Flowers**

**BROWN GOLDSTEIN LEVY**
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel.: 202.742.5969
Cell: 202.875.0481
Fax: 202.742.5948
Email: **kflowers@browngold.com**

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter which may affect receipt of certain e-mails. If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**From:** Nussbaum, William D. <William.Nussbaum@saul.com>
**Sent:** Monday, August 12, 2019 6:49 AM
**To:** Kobie Flowers <KFlowers@browngold.com>; Anisha Queen <aqueen@browngold.com>
**Cc:** Kornblith, A.J. <aj.kornblith@saul.com>
**Subject:** Cavalier

**SECURITY ALERT:** This email is from an external source.

Kobie/Anisha:

We are going to have to reschedule Howard Kallem's deposition. Something has come up that renders me unable to defend it this week, and A.J. is out of the country on vacation. We will work with you to find another mutually agreeable date, and if we have to request an extension of the expert discovery deadline to do it, I am sure Judge Moss will accommodate us. I apologize for any inconvenience this may have caused you.

SAUL EWING ARNSTEIN & LEHR LLP

**William D. Nussbaum**
1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434
Tel: 202.295.6652 | Fax: 202.295.6715
William.Nussbaum@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~+