IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ERIN CAVALIER,** | : | |
| *Plaintiff,* | : | NO. 1:16-CV-02009-RDM |
| | : | |
| v. | : | |
| | : | |
| **THE CATHOLIC UNIVERSITY OF AMERICA,** | : | |
| *Defendant.* | : | |

## JOINT STATUS REPORT

Plaintiff Erin Cavalier and Defendant The Catholic University of America, by counsel, submit the following Joint Status Report pursuant to the Court's Minute Order, dated June 1, 2021:

1. The Parties have executed a final agreement. The Parties are in the process of fulfilling certain remaining obligations under the agreement, and intend to file a joint stipulation of dismissal once those obligations are satisfied, which the Parties expect to be completed imminently.

Date: June 28, 2021

                                                 Respectfully submitted,

                                                 */s/ Joshua W. B. Richards*
                                                 Joshua W. B. Richards
                                                 Saul Ewing Arnstein & Lehr LLP
                                                 1500 Market Street, 38th Floor
                                                 Philadelphia, PA 19102
                                                 Tel.: (215) 972-7737/Fax: (215) 972-7725
                                                 joshua.richards@saul.com

                                                 *Counsel for Defendant*

-2-

/s/ Anisha Queen
Anisha S. Queen (Bar No. 1029963)
Brooke E. Lierman (via pro hac vice)
Abigail Graber (via pro hac vice)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax:(410) 385-0869
blierman@browngold.com
agraber@browngold.com
aqueen@browngold.com

Kobie Flowers (Bar No. 991403)
BROWN GOLDSTEIN & LEVY, LLP
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 742-5969
Fax: (202) 742-5948
kflowers@browngold.com

*Counsel for Plaintiff Erin Cavalier*

## CERTIFICATE OF SERVICE

I certify that on June 28, 2021, a true and correct copy of the foregoing Joint Status Report was served via the Court's ECF system on the following:

>Anisha S. Queen (Bar No. 1029963)
>Brooke E. Lierman (via pro hac vice)
>Abigail Graber (via pro hac vice)
>BROWN GOLDSTEIN & LEVY, LLP
>120 E. Baltimore Street, Suite 2500
>Baltimore, Maryland 21202
>Tel: (410) 962-1030
>Fax:(410) 385-0869
>blierman@browngold.com
>agraber@browngold.com
>aqueen@browngold.com
>
>Kobie Flowers (Bar No. 991403)
>BROWN GOLDSTEIN & LEVY, LLP
>1717 K Street, NW, Suite 900
>Washington, DC 20006
>Tel: (202) 742-5969
>Fax: (202) 742-5948
>kflowers@browngold.com

>*/s/ Joshua W. B. Richards*
>Joshua W. B. Richards

-3-

38679667.1