# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN CAVALIER, : | |
| *Plaintiff,* : | |
| : | No. 1:16-CV-02009-RDM |
| v. : | |
| : | |
| THE CATHOLIC UNIVERSITY OF : | |
| AMERICA, : | |
| *Defendant.* : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Having reached an agreement with The Catholic University of America to resolve this matter amicably, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Erin Cavalier dismisses this action with prejudice with the stipulated consent of Defendant The Catholic University of America.

Dated: July 14, 2021

Respectfully submitted,

*/s/ Joshua W. B. Richards*
Joshua Richards (Bar No. 1002821)
Saul Ewing Arnstein & Lehr LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel: (215) 972-7737
Fax: (215) 972-7725
joshua.richards@saul.com

*Counsel for Defendant*
*The Catholic University of America*

*/s/ Kobie Flowers*
Kobie Flowers (Bar No. 991403)
BROWN GOLDSTEIN & LEVY, LLP
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 742-5969
Fax: (202) 742-5948
kflowers@browngold.com

Anisha S. Queen (Bar No. 1029963)
Brooke E. Lierman (*via pro hac vice*)
Abigail Graber (*via pro hac vice*)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
aqueen@browngold.com
blierman@browngold.com
agraber@browngold.com

*Counsel for Plaintiff Erin Cavalier*